| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | BRIGGS MATHESON (CABN 291287)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6844 |
| 7 | FAX: (415) 436-7234<br>Briggs.Matheson@usdoj.gov |
| 8 | Attorneys for United States of America |

**FILED**
JUN 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 19-CR-279-CRB |
| Plaintiff, | ) | |
| v. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JOSE RODRIGUEZ,<br>a/k/a Levin David Rodriguez-Hernandez, a/k/a Jose Valle-Rodriguez, a/k/a Jose Rodriguez-Valle, a/k/a Jose Eleodeoro Rodriguez, a/k/a Jose Heleodoro Valle-Rodriguez, a/k/a Jose Eliodoro Valle-Hernandez, a/k/a Jose Eliodoro Valle-Rodriguez, a/k/a Jose Valle-Hernandez, a/k/a Jose Baez-Rodriguez, a/k/a Miguel Hector Martinez, a/k/a Hector Miguel Martinez, a/k/a Cristian Cruz-Cruz, | ) | |
| Defendant. | ) | |

TO:   The Honorable LAUREL BEELER, United States Magistrate Judge for the Northern District of California:

Assistant United States Attorney Briggs Matheson respectfully requests that the Court issue a

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-CR-279-CRB

1  Writ of Habeas Corpus Ad Prosequendum for the person of prisoner JOSE RODRIGUEZ, a/k/a Levin David Rodriguez-Hernandez, a/k/a Jose Valle-Rodriguez, a/k/a Jose Rodriguez-Valle, a/k/a Jose Eleodeoro Rodriguez, a/k/a Jose Heleodoro Valle-Rodriguez, a/k/a Jose Eliodoro Valle-Hernandez, a/k/a Jose Eliodoro Valle-Rodriguez, a/k/a Jose Valle-Hernandez, a/k/a Jose Baez-Rodriguez, a/k/a Miguel Hector Martinez, a/k/a Hector Miguel Martinez, a/k/a Cristian Cruz-Cruz (hereafter, "JOSE RODRIGUEZ"), whose place of custody or jailor are set forth in the requested Writ, attached hereto.

The prisoner, JOSE RODRIGUEZ, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: June 21, 2019

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Briggs Matheson*
Briggs Matheson
Assistant United States Attorney