| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | BRIGGS MATHESON (CABN 291287)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6844<br>FAX: (415) 436-7234<br>Briggs.Matheson@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

**FILED**
JUN 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　　v.<br>JOSE RODRIGUEZ,<br>　　a/k/a Levin David Rodriguez-Hernandez, a/k/a Jose Valle-Rodriguez, a/k/a Jose Rodriguez-Valle, a/k/a Jose Eleodeoro Rodriguez, a/k/a Jose Heleodoro Valle-Rodriguez, a/k/a Jose Eliodoro Valle-Hernandez, a/k/a Jose Eliodoro Valle-Rodriguez, a/k/a Jose Valle-Hernandez, a/k/a Jose Baez-Rodriguez, a/k/a Miguel Hector Martinez, a/k/a Hector Miguel Martinez, a/k/a Cristian Cruz-Cruz,<br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 19-CR-279-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of the defendant identified in the above caption,

[PROPOSED] ORDER
CASE NO. 19-CR-279-CRB

1  JOSE RODRIGUEZ, before this Court on the date stated in the Writ submitted, and requiring that the
2  defendant be present for all future hearings, is granted, and the Writ shall be issued as presented.

5  DATED: June 21, 2019

HON. LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 19-CR-279-CRB

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California and/or any of his authorized deputies, and the Warden, Jailer, or other Official of the U.S. Penitentiary Lompoc, and/or any of his/her authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of JOSE RODRIGUEZ, a/k/a Levin David Rodriguez-Hernandez, a/k/a Jose Valle-Rodriguez, a/k/a Jose Rodriguez-Valle, a/k/a Jose Eleodeoro Rodriguez, a/k/a Jose Heleodoro Valle-Rodriguez, a/k/a Jose Eliodoro Valle-Hernandez, a/k/a Jose Eliodoro Valle-Rodriguez, a/k/a Jose Valle-Hernandez, a/k/a Jose Baez-Rodriguez, a/k/a Miguel Hector Martinez, a/k/a Hector Miguel Martinez, a/k/a Cristian Cruz-Cruz (hereafter "JOSE RODRIGUEZ"), BOP Register No. 02650-461, who is in the custody of United States Penitentiary Lompoc ("USP Lompoc"), before the Honorable LAUREL BEELER, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on July 15, at 10:30 a.m. on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release JOSE RODRIGUEZ from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: JUN 2 1 2019

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK    MARK J. JENKINS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-CR-279-CRB