DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE RODRIGUEZ,<br><br>    Defendant. | NO. 19-279 CRB<br><br>NOTICE OF DISMISSAL : ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Jose Rodriguez without prejudice.

DATED: 01/21/2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ HH

HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 19-279 CRB

v. 7/10/2018

Leave is granted to the government to dismiss the indictment against Jose Rodriguez.

Date: January 23, 2020

_____
HON. CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
No. CR 19-279 CRB

v. 7/10/2018